IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLES WILLIAM MOBLEY                                                                        PLAINTIFF

v.                                      Civil No.  5:23-cv-05125-TLB-CDC
                                                                                                              DEFENDANTS
HEAD NURSE TRACY ROBINSON, Turn
Key Health Clinics, LLC, Benton County
Detention Center (BCDC); DR. SAEZ;
FLINT JUNOD, Chief Executive Officer of
Turn Key Health Clinics, LLC; and SHERIFF
SHAWN HOLLOWAY, Benton County,
Arkansas

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 28, 2023.  He proceeds *pro se* and *in forma pauperis* (IFP).  Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.  The case is before the Court on Plaintiff's failure to obey the Orders of the Court.

## I.  DISCUSSION

Plaintiff was incarcerated in the Benton County Detention Center ("BCDC") on July 28, 2023, when he filed his Complaint. (ECF No. 1 at 1).  Plaintiff maintains he was denied adequate medical care while incarcerated at the BCDC. *Id.* at 4-9.

In the Order granting Plaintiff's request for IFP status, Plaintiff was specifically advised that he was required to immediately inform the Court of any changes to his address. (ECF No. 3).  If he was transferred to another jail or prison or was released, Plaintiff was advised he had

1

thirty (30) days from the date of transfer or release to notify the Court of his new address. *Id.* On July 31, 2023, service was directed on Defendants.

On August 10, 2023, mail was returned to the Court as undeliverable marked "no longer here" and "return to sender." (ECF No. 8). The returned mail included ECF Nos. 1-4. *Id.* Plaintiff's change of address was due to the Court no later than September 11, 2023. *Id.* That same day, another envelope was returned. (ECF No. 9). Mail was returned to the Court again on August 25, 2023, and September 11, 2023. (ECF Nos. 13 & 15).

On September 15, 2023, Separate Defendant Flint Junod filed a Motion to Dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 17). While the Court directed Plaintiff to respond to the Motion to Dismiss, this Order was returned as undeliverable because Plaintiff had not provided the Court with his new address. (ECF No. 23).

On October 3, 2023, Separate Defendant Sheriff Holloway filed a Motion to Dismiss or alternative Motion to Stay the deadline for filing a summary judgment motion on the issue of exhaustion. (ECF No. 24). The Court granted the Motion to Stay. (ECF No. 27). In the Motion to Dismiss, Sheriff Holloway indicates he has been unable to affect service of correspondence and discovery requests on Plaintiff. *Id.*

To date, Plaintiff has not provided a new address or contacted the Court in anyway. The last documents filed by the Plaintiff were his Complaint (ECF No. 1), and application to proceed IFP (ECF No. 2), filed on July 28, 2023. The Court has not had a valid address on Plaintiff since at least August 10, 2023.

Rule 41(b) of the Federal Rules of Civil Procedure allow the Court to dismiss a case if Plaintiff fails to prosecute the action diligently. Likewise, Rule 5.5(c)(2) of the Local Rules for

the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently." Plaintiff has neither monitored the progress of the case nor prosecuted the action diligently, and it is recommended that Plaintiff's action be dismissed.

## II.  CONCLUSION

For these reasons, it is recommended that Separate Defendant Sheriff Holloway's Motion to Dismiss (ECF No. 24) be **GRANTED, and Plaintiff's complaint DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.[1]

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.   The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of October 2023.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court makes no ruling on whether the Complaint asserts a plausible claim against Separate Defendant Flint Junod.  (ECF No. 17).