IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHARLES WILLIAM MOBLEY**                                                                 **PLAINTIFF**

V.                                      **CASE NO. 5:23-CV-5125**

**HEAD NURSE TRACY ROBINSON,** Turn
Key Health Clinics, LLC, Benton County
Detention Center (BCDC); **DR. SAEZ;**
**FLINT JUNOD,** Chief Executive Officer of
Turn Key Health Clinics, LLC; and **SHERIFF**
**SHAWN HOLLOWAY,** Benton County,
Arkansas                                                                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 28) filed in this case on October 6, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 24th day of October, 2023.

                                               */s/ Timothy L. Brooks*
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE